# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ROBERT E. DERECKTOR, INC.

                           Plaintiff,                                   15 **CIVIL** 8257 (VB)

                  -against-                                   **JUDGMENT**

M/Y INDEPENDENCE, her engines, boilers,
tackle, apparel, etc., in rem, and MATTHEW J.
BRUDERMAN, in personam,

                            Defendants.

  -----------------------------------------------------------X

DUCKY-MOMO, LLC,

                            Plaintiff,

                  -against-

ROBERT E. DERECKTOR, INC., E. PAUL                        15 **CIVIL** 9372 (VB)
DERECKTOR, THOMAS E. DERECKTOR,
MICAH TUCKER, ELIZABETH
WEATHERBORN, in personam, and M/Y
INDEPENDENCE, in rem,

                            Defendants.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated April 28, 2021, judgment is entered

in favor of plaintiff Ducky-Momo, LLC, against defendant Robert E. Derecktor, Inc., in the amount

of $1,379,785.00, in case number 15 CV 9372.

In partial satisfaction of the judgment, Aspen American Insurance Company shall make payment to

Blank Rome LLP, as attorneys for Ducky-Momo, under Derecktor's bond in the amount of

$331,000.00, together with interest calculated from the date the bond was posted.

**Dated:** New York, New York
April 28, 2021

RUBY J. KRAJICK

_____

Clerk of Court

BY:

Deputy Clerk